IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DANIEL DOTSON                                                                                          PLAINTIFF

V.                                                                              CAUSE NO.: 3:13CV183-SA-SAA

HOMESITE INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE
COMPANY                                                                                              DEFENDANTS

ORDER ON MOTION TO DISMISS

Pursuant to a Memorandum Opinion entered this day, Defendant Progressive Casualty Insurance Company's Motion to Dismiss [5] is GRANTED. Progressive Casualty Insurance Company is therefore DISMISSED as a party defendant.

SO ORDERED, this the 10th day of December, 2013.

                                                   /s/ Sharion Aycock
                                                 **U.S. DISTRICT JUDGE**