**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **DANIEL DOTSON** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 3:13CV183-SA-SAA** |
| **HOMESITE INSURANCE COMPANY** | **DEFENDANT** |

## AGREED ORDER OF DISMISSAL

**THIS MATTER,** having come before the Court on the Motion *ore tenus* of all parties herein, and the Court, having considered said Motion and being advised that the parties have reached a settlement of all claims and otherwise agree that this matter be dismissed, does hereby find that the Plaintiff Daniel Dotson's Complaint and Amended Complaint filed against Defendant Homesite Insurance Company is dismissed with prejudice; it is further ordered that each party is responsible for their respective costs herein.

**SO ORDERED,** this 5th day of December, 2014.

                                            /s/ Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE

**AGREED AND APPROVED:**

| | |
|---|---|
| /s/ *James D. Harper* | /s/ *Randall E. Day, III* |
| James D. Harper | RANDALL E. DAY, III |
| (MSB No. 99386) | (MSB #9722) |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |